100 SOUTH FIFTH STREET, 19TH FLOOR   |   MINNEAPOLIS, MN 55402   |   PHONE: 612-605-6140   |   www.bergermontague.com



|  |  |
|---|---|
| | E. Michelle Drake |
| WRITER'S DIRECT DIAL | 612-605-6155 |
| WRITER'S DIRECT FAX | 215-875 -4604 |
| WRITER'S DIRECT E-MAIL | emdrake@bm.net |

February 5, 2016

**VIA CM/ECF**
Hon. Joseph C. Spero
Chief Magistrate Judge
U.S.D.C. N.D. Cal.

      RE:   *Halvorson v. TalentBin, Inc.*, Case No. 3:15-cv-05166-JCS
             **Request to Appear Telephonically for Case Management Conference**

Your Honor,

I am Lead Counsel for Plaintiffs in the above-referenced matter. Pursuant to Your Honor's Procedures for Requesting Telephonic Appearances, I write to respectfully request to appear by telephone for the February 12, 2016 Case Management Conference.

My direct landline number is 612-605-6155. Defendant's Counsel has informed me that they will be appearing in person.

Ms. Drake shall be on phone standby and await the Court's call.
Dated: 2/8/16



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

Sincerely,

/s/E. Michelle Drake
E. Michelle Drake (pro hac vice)
*Attorney for Plaintiffs*