JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
ANGELA E. KLEINE (CA SBN 255643)
AKleine@mofo.com
SARAH NICOLE DAVIS (CA SBN 275145)
SarahDavis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
TALENTBIN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HALVORSON, LAURA FERRER, PETER DALLMAN, ROBERT GRANA, DENNIS BULCAO, and NEIL YOUNG, individually, as representatives of the classes, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>TALENTBIN, INC.,<br><br>    Defendant. | Case No.   3:15-cv- 05166-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TALENTBIN, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), plaintiffs Eric Halvorson, Laura Ferrer, Peter Dallman, Robert Grana, Dennis Bulcao, and Neil Young ("Plaintiffs") and defendant TalentBin, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the First Amended Complaint in this case on February 23, 2016 (ECF No. 31-1);

WHEREAS, Defendant believes it requires additional time to investigate and respond to the allegations of Plaintiffs' First Amended Complaint, in light of the fact that it previously prepared only a general response to the original complaint in state court;

WHEREAS, pursuant to Local Rule 6-1(a), parties may agree to an extension of time within which to answer or otherwise respond to a complaint, provided the change will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, the extension proposed herein will not alter the date of any event or any deadline already fixed by Court order;

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that defendant shall have until March 18, 2016 to respond to the First Amended Complaint.

Dated: March 10, 2016                MORRISON & FOERSTER LLP

                                     By:  /s/ Angela E. Kleine
                                          Angela E. Kleine

                                     Attorneys for Defendant
                                     TALENTBIN, INC.

Dated: March 10, 2016                BERGER & MONTAGUE, P.C.

                                     By:  /s/ John G. Albanese
                                          JOHN G. ALBANESE

                                     Attorneys for Plaintiffs

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 3:15-cv- 05166-JCS                                                                  1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Angela E. Kleine, am the ECF User filing this STIPULATION TO EXTEND TIME FOR DEFENDANT TALENTBIN, INC. TO RESPOND TO FIRST AMENDED COMPLAINT. In compliant with Civil Local Rule 5-1, I hereby attest that John G. Albanese concurred in this filing.

Dated: March 10, 2016

*/s/ Angela E. Kleine*
Angela E. Kleine

Attorney for Defendant
TALENTBIN, INC.

Dated: March 11, 2016

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA