43 SE MAIN STREET, SUITE 505 | MINNEAPOLIS, MN 55414 | PHONE: 612-594-5999 | www.bergermontague.com



Berger & Montague, P.C.
ATTORNEYS AT LAW

John G. Albanese

WRITER'S DIRECT DIAL | 612-594-5997
WRITER'S DIRECT FAX | 612-584-4470
WRITER'S DIRECT E-MAIL | jalbanese@bm.net

July 1, 2016

**VIA CM/ECF**
Hon. Joseph C. Spero
Chief Magistrate Judge
United States District Court
Northern District of California

RE: *Halvorson v. TalentBin, Inc.*, Case No. 3:15-cv-05166-JCS

Your Honor,

Plaintiffs write to respectfully request to appear telephonically for the Case Management Conference set for July 8, 2016 in the above-referenced matter.

Plaintiffs' Counsel John G. Albanese and E. Michelle Drake will both be on stand-by for the Court's call at the direct landline phone number 612-594-5933.

Thank you.

Sincerely,

/s/John G. Albanese
John G. Albanese (*pro hac vice*)

*Attorney for Plaintiffs*

Dated: July 5, 2016



GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA