1  NICHOLS KASTER, LLP
   Matthew C. Helland, SBN 250451
2  helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA 94111
4  Tel.: 415.277.7235; Fax: 415.277.7238

5  BERGER & MONTAGUE, P.C.
   E. Michelle Drake, MN Bar No. 0387366*
6  emdrake@bm.net
7  John G. Albanese, MN Bar No. 0395882*
   jalbanese@bm.net
8  43 SE Main Street, Suite 505
   Minneapolis, MN 55414
9  Tel.: 612.594.5999; Fax: 612.584.4470

10 GOTTLIEB & ASSOCIATES
11 Jeffrey M. Gottlieb, NY Bar No. JG-7905*
   nyjg@aol.com
12 Dana L. Gottlieb, NY Bar No. DG-6151*
   danalgottlieb@aol.com
13 150 East 18th Street, Suite PHR
   New York, NY 10003
14 Tel.: 212.228.9795; Fax: 212.982.6284

15 *admitted *pro hac vice*
16 Attorneys for Individual and Representative Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HALVORSON, LAURA FERRER, PETER DALLMAN, ROBERT GRANA, DENNIS BULCAO, and NEIL YOUNG, individually, as representatives of the classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TALENTBIN, INC.,<br><br>Defendant. | Case No.   3:15-cv-05166-JCS<br><br>**STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE** |

STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-cv- 05166-JCS

1

1    Pursuant to Civil Local Rule 6-1(b), plaintiffs Eric Halvorson, Laura Ferrer, Peter
2 Dallman, Robert Grana, Dennis Bulcao, and Neil Young ("Plaintiffs") and defendant TalentBin,
3 Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:
4    WHEREAS, on August 19, 2016, the parties filed a Notice of Settlement and Stipulation
5 to Vacate Litigation Deadlines;
6    WHEREAS, the Court set a September 19, 2016 deadline for the parties to file for
7 preliminary approval of the settlement;
8    WHEREAS, the Court set a Case Management Conference for September 23, 2016 at
9 2pm;
10    WHEREAS, the parties require additional time to complete the confirmatory discovery
11 agreed to as part of the settlement;
12    WHEREAS, the parties are near to executing, but have not yet executed a formal
13 settlement agreement memorializing the terms agreed to at mediation;
14    WHEREAS, the parties agree that they require 30 days to complete the confirmatory
15 discovery, to execute the settlement agreement, and to prepare a motion for preliminary approval;
16    WHEREFORE, the parties request that the Court extend the deadline to file for
17 preliminary approval to October 19, 2016 and continue the Case Management Conference until a
18 date thereafter that is convenient for the Court.
19    Pursuant to Local Rule 6-1(b), the parties request that the deadline for filing for preliminary
20 approval be extended to October 19, 2016 and continue the Case Management Conference to a date
21 thereafter that is convenient for the Court.

22   Dated: September 13, 2016                MORRISON & FOERSTER LLP

24                                             By:   */s/ Angela E. Kleine*
                                                     Angela E. Kleine

25                                             Attorneys for Defendant
26                                             TALENTBIN, INC.

STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE CASE
NO. 3:15-cv- 05166-JCS

2

2

1   Dated: September 13, 2016                BERGER & MONTAGUE, P.C.

2

3                                            By:   /s/ John G. Albanese
                                                   John G. Albanese
4                                                  Attorneys for Plaintiffs

5

6   **IT IS SO ORDERED.**

7   Date: 09/14/16                           _____
                                             Hon. ___  *Judge Joseph C. Spero*
8                                            United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*

11  IT IS HEREBY FURTHER ORDERED that the further case management conference, set for
12  Sept. 23, 2016, at 2:00 PM has been continued to Oct. 28, 2016, at 2:00 PM. An updated joint
    case management conference statement shall be filed by Oct. 21, 2016.

STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE Case
No. 3:15-cv- 05166-JCS

3

3

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, John G. Albanese, am the ECF User filing this STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE. In compliance with Civil Local Rule 5-1, I hereby attest that Angela E. Kleine concurred in this filing.

Dated:  September 13, 2016              */s/ John G. Albanese*
                                         John G. Albanese

                                         Attorney for Plaintiffs

STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE Case No. 3:15-cv- 05166-JCS

4

4