NICHOLS KASTER, LLP
Matthew C. Helland, SBN 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Tel.: 415.277.7235; Fax: 415.277.7238

BERGER & MONTAGUE, P.C.
E. Michelle Drake, MN Bar No. 0387366*
emdrake@bm.net
John G. Albanese, MN Bar No. 0395882*
jalbanese@bm.net
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612.594.5999; Fax: 612.584.4470

GOTTLIEB & ASSOCIATES
Jeffrey M. Gottlieb, NY Bar No. JG-7905*
nyjg@aol.com
Dana L. Gottlieb, NY Bar No. DG-6151*
danalgottlieb@aol.com
150 East 18th Street, Suite PHR
New York, NY 10003
Tel.: 212.228.9795; Fax: 212.982.6284

*admitted *pro hac vice*
Attorneys for Individual and Representative Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HALVORSON, LAURA FERRER, PETER DALLMAN, ROBERT GRANA, DENNIS BULCAO, and NEIL YOUNG, individually, as representatives of the classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TALENTBIN, INC.,<br><br>Defendant. | Case No.   3:15-cv-05166-JCS<br><br>**STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE** |

STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-cv- 05166-JCS - 1

Pursuant to Civil Local Rule 6-1(b), plaintiffs Eric Halvorson, Laura Ferrer, Peter Dallman, Robert Grana, Dennis Bulcao, and Neil Young ("Plaintiffs") and defendant TalentBin, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 19, 2016, the parties filed a Notice of Settlement and Stipulation to Vacate Litigation Deadlines;

WHEREAS, the Court extended the time for filing a motion for preliminary approval from September 19, 2016 to October 19, 2016 pursuant to the parties' stipulation of September 13, 2016;

WHEREAS, the Court set a Case Management Conference for October 28, 2016 at 2pm;

WHEREAS, the parties have encountered technical difficulties in the production of confirmatory discovery materials required to finalize the settlement agreement resulting in unanticipated delay;

WHEREAS, Defendant has committed to providing Plaintiffs with the confirmatory discovery materials no later than October 21, 2016;

WHEREAS, given the nature and format of these materials, Plaintiffs require approximately five business days to process the confirmatory discovery materials before analyzing them;

WHEREAS, the parties are near to executing, but have not yet executed a formal settlement agreement memorializing the terms agreed to at mediation due to this delay;

WHEREAS, the parties agree that they require 28 days to complete the confirmatory discovery, to execute the settlement agreement, and to prepare a motion for preliminary approval;

WHEREFORE, the parties request that the Court extend the deadline to file for preliminary approval to November 16, 2016 and continue the Case Management Conference until a date thereafter that is convenient for the Court.

Pursuant to Local Rule 6-1(b), the parties request that the deadline for filing for preliminary approval be extended to November 16, 2016 and continue the Case Management Conference to a date thereafter that is convenient for the Court.

STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE Case No. 3:15-cv- 05166-JCS - 2

2

Dated: October 17, 2016         MORRISON & FOERSTER LLP

                                By:  */s/ Angela E. Kleine*
                                     Angela E. Kleine

                                Attorneys for Defendant
                                TALENTBIN, INC.


Dated: October 17, 2016         BERGER & MONTAGUE, P.C.

                                By:  */s/ John G. Albanese*
                                     John G. Albanese

                                Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Date:   10/20/16

                                _____
                                Hon. Joseph C. Spero
                                United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, John G. Albanese, am the ECF User filing this STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE.  In compliance with Civil Local Rule 5-1, I hereby attest that Angela E. Kleine concurred in this filing.

Dated:  October 17, 2016         */s/ John G. Albanese*
                                  John G. Albanese

                                  Attorney for Plaintiffs

STIPULATION TO EXTEND TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONTINUE CASE MANAGEMENT CONFERENCE Case No. 3:15-cv- 05166-JCS - 4

4