NICHOLS KASTER, LLP
Matthew C. Helland, (CA Bar No. 250451)
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238

BERGER & MONTAGUE, P.C.
E. Michelle Drake, MN Bar No. 0387366*
emdrake@bm.net
John G. Albanese, MN Bar No. 0395882*
jalbanese@bm.net
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Fax: (612) 584-4470
*admitted *pro hac vice*

GOTTLIEB & ASSOCIATES
Jeffrey M. Gottlieb, NY Bar No. JG-7905**
nyjg@aol.com
Dana L. Gottlieb, NY Bar No. DG-6151**
danalgottlieb@aol.com
150 East 18th Street, Suite PHR
New York, NY 10003
Telephone: (212) 228-9795
Fax: (212) 982-6284
***pro hac vice* forthcoming

Attorneys for Individual and Representative Plaintiffs
[Counsel for Defendant listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Halvorson, Laura Ferrer, Peter Dallman, Robert Grana, Dennis Bulcao, and Neil Young, individually, as representatives of the classes, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TALENTBIN, INC.<br><br>Defendant. | Case No. 3:15-cv-05166-JCS<br><br>**THIRD JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Judge: Hon. Joseph C. Spero<br>Date: December 9, 2016, at 10:30 AM<br>Courtroom: G<br>Complaint Filed: October 2, 2015 |

Plaintiff Eric Halvorson, Laura Ferrer, Peter Dallman, Robert Grana, Dennis Bulcao, and Neil Young ("Plaintiffs") and TalentBin, Inc. ("Defendant" or "TalentBin") (collectively, the "Parties") jointly submit this THIRD JOINT CASE MANAGEMENT CONFERENCE

STATEMENT pursuant to the Court's Orders of November 10, 2016 and Civil Local Rule 16-10(d).

I. **PRIOR CASE MANAGEMENT CONFERENCE**

This Court held case management conferences on February 12, 2016 and July 8, 2016.

II. **DEVELOPMENTS SINCE THE LAST CASE MANAGEMENT CONFERENCE**

On August 9, 2016, the parties attended mediation with the Hon. Edward A. Infante, where the parties reached an agreement in principle to settle this action on a classwide basis. Since the mediation, the parties worked diligently to finalize the settlement and prepare the settlement approval papers. On November 16, 2016, Plaintiffs filed a motion and accompanying memorandum for preliminary approval of the settlement. (ECF No. 54, 55.) The parties will be prepared to address that motion at the upcoming case management conference.

BERGER & MONTAGUE, P.C.

Date: December 2, 2016          /s/John G. Albanese
                                John G. Albanese (*pro hac vice*)

                                ATTORNEY FOR PLAINTIFFS

                                MORRISON & FOERSTER LLP

Date: December 2, 2016          /s/Angela E. Kleine
                                JAMES F. MCCABE (CA SBN 104686)
                                JMcCabe@mofo.com
                                ANGELA E. KLEINE (CA SBN 255643)
                                AKleine@mofo.com
                                SARAH NICOLE DAVIS (CA SBN 275145)
                                SarahDavis@mofo.com
                                425 Market Street
                                San Francisco, California 94105-2482
                                Telephone: 415.268.7000
                                Facsimile: 415.268.7522

                                Attorneys for Defendant
                                TALENTBIN, INC.

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on the e-filed document.

Date: December 2, 2016                             /s/John G. Albanese
                                                                    John G. Albanese (*pro hac vice*)