|   |   |
|---|---|
| Name: | **Class Member** |
| Personal Identification #: | **123456789** |
| Confirmation Code: | **12345** |

# CLASS ACTION SETTLEMENT NOTICE

# LEGAL NOTICE BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Halvorson v. TalentBin, Inc.*; Case No. 3:15-cv-05166-JCS

**You are receiving this notice because you have been identified as a class member who will be entitled to a settlement payment if a settlement is finally approved unless you timely exclude yourself. To file a Claim Form, [click here](#).**

**The parties estimate you will receive between $100 and $500 if you file a claim. However, the final amount you will receive depends on the number of claims filed.**

**This proposed settlement covers people about whom TalentBin, Inc. created a candidate profile since October 2, 2013, and had that profile exported to a potential recruiter or employer, as well as those people who requested a copy of their candidate profile from TalentBin.**

**A federal court authorized this Notice. This is not a solicitation from a lawyer. Read this notice carefully, as it affects your rights.**

For more information, visit [www.HalvorsonSettlement.com](http://www.HalvorsonSettlement.com) or call **1-844-357-8803**

**WHAT IS THIS CASE ABOUT?** The individuals who brought the lawsuit (called the Plaintiffs) claim that TalentBin Inc. ("TalentBin") violated a statute applicable to consumer reporting agencies called the Fair Credit Reporting Act ("FCRA"). Specifically, they allege that TalentBin, Inc. was a "consumer reporting agency" preparing "consumer reports" under the FCRA when it gathered information from various online sources regarding job seekers and then compiled that information into "candidate profiles" for sale to potential employers and recruiters, and that TalentBin violated the FCRA in several other ways by not treating the profiles as "consumer reports."

TalentBin denies that it is a "consumer reporting agency" under the FCRA and that candidate profiles are "consumer reports." TalentBin maintains that it did not do anything wrong and that the FCRA does not apply to TalentBin or its activities.

**WHO IS INCLUDED?** If your name is located on the top of this Notice you are a Class Member and are part of the Settlement, unless you timely exclude yourself from it.

The precise definition of a Class Member can be found in the [Long Form Notice](#).

**WHAT DOES THE SETTLEMENT PROVIDE?** The parties estimate you will receive between $100 and $500 if you file a claim. However, the final amount will depend on the number of claims filed, and could be less than $100.

This amount comes from a payment of $1.15 million by TalentBin to a fund from which payments to class members, attorneys' fees to Class Counsel, the costs of the Settlement Administrator, and service payments to the Class Representatives will be made. The final amount will depend on the number of claims filed.

Class Counsel will ask the Court to award them attorneys' fees in an amount no greater than 25% of the Settlement Amount ($287,500) plus reasonable out-of-pocket expenses.  The Court may award the Plaintiffs in this case service awards totaling up to $15,000 ($2,500 per person) for the time and effort they have put into this case on behalf of the Settlement Class.

You will only receive a benefit if you file a Claim Form online by **XXXXX, XX 2017,** or if mailed, postmarked no later than **XXXXX, XX 2017**. The Settlement also provides that TalentBin will implement certain business practice changes. For more information, visit [www.HalvorsonSettlement.com](www.HalvorsonSettlement.com).

**HOW DO I FILE A CLAIM?** There are two ways to file a Claim Form: (1) File [online](), at [www.HalvorsonSettlement.com](); or (2) [Print]() a Claim Form, available at [www.HalvorsonSettlement.com](), fill it out, and mail it (with postage) to the address listed on the Claim Form. **Claim Forms must be filed online or postmarked by XXXXX, XX 2017.**

**YOUR OTHER OPTIONS.** If you don't want to receive a cash payment or other settlement benefits and don't want to be bound by the Settlement and any judgment in this case, you must send a written request to exclude yourself.  You must either send your exclusion by mail or submit a letter via the Settlement Website at [www.HalvorsonSettlement.com](), saying that you want to be excluded. Exclusions must be submitted or postmarked no later than **XXXXX, XX 2017**. If you exclude yourself, you will not receive benefits from the Settlement. If you don't exclude yourself, you will give up the right to sue TalentBin and the Released Parties about any of the issues related to this case. Please see the [Long Form Notice]() for additional details.

If you don't exclude yourself, you may object to the Settlement or to the request for fees and costs by Class Counsel.

The [Long Form Notice](), available at [www.HalvorsonSettlement.com](), further explains how to exclude yourself or object.

The Court will hold a hearing in this case on **XXXXX, XX 2017 at TIME a.m.**, to consider whether to approve: (1) the Settlement; (2) attorneys' fees and costs for Class Counsel; and (3) service awards of $2,500 each for the Class Representatives in this case. You may appear at the hearing, but you don't have to. The Court has appointed attorneys (called "Class Counsel") to represent the Class Members. These attorneys are listed in the [Long Form Notice](). You may hire your own attorney to appear for you, but if you do so, it will be at your own expense.

**WHERE CAN I GET MORE INFORMATION?** For more information, visit [www.HalvorsonSettlement.com]() or call **1-844-357-8803**.

Please keep this Notice for your records.  You may need the Personal Identification Number and Confirmation Code located on the top of this email in the future.  Please include your Personal Identification Number on all correspondence with the Settlement Administrator.

*A federal court authorized this notice. This isn't a solicitation from a lawyer. You aren't being sued.*

[Unsubscribe]()