UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HALVORSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TALENTBIN, INC.,<br><br>    Defendant. | Case No. 15-cv-05166-JCS<br><br>**ORDER FOR ADDITIONAL DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Settlement Agreement negotiated by the parties provides that "TalentBin shall be responsible for serving the Class Action Fairness Act ("CAFA") notice required by 28 U.S.C. § 1715 within ten (10) days of the filing of the Motion for Preliminary Approval." Settlement Agreement ¶ 3.7. The Motion for Preliminary Approval was filed on November 16, 2016. The proposed order provided by parties includes the following paragraph: "The Court has reviewed TalentBin's Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715 that TalentBin served upon the various state attorneys general on _____, 2016 and finds that the notice has been timely served upon the appropriate State officials." The Court finds no evidence in the record reflecting that TalentBin has served the required CAFA notice or indicating the date of notice. The Court requests that TalentBin submit a declaration showing that CAFA notice was timely served, as stated in the proposed order, in support of the parties' request for preliminary approval of the class action settlement.

**IT IS SO ORDERED.**

Dated: January 12, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge