1

NICHOLS KASTER, LLP
Matthew C. Helland, CA Bar No. 250451
helland@nka.com
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Phone: (415) 277-7235
Fax: (415) 277-7238

2

3

4

5

BERGER & MONTAGUE, P.C.
E. Michelle Drake, MN Bar No. 0387366*
emdrake@bm.net
John G. Albanese, MN Bar No. 0395882*
jalbanese@bm.net
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Phone: (612) 594-5999
Fax: (215) 875-4604

6

7

8

9

10

11

GOTTLIEB & ASSOCIATES
Jeffrey M. Gottlieb, NY Bar No. JG-7905*
nyjg@aol.com
Dana L. Gottlieb, NY Bar No. DG-6151*
danalgottlieb@aol.com
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284

12

13

14

15

16

*admitted *pro hac vice*

17

Attorneys for Individual and Representative Plaintiffs

18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20 ERIC HALVORSON, LAURA FERRER, PETER DALLMAN, ROBERT GRANA, 21 DENNIS BULCAO, and NEIL YOUNG, individually and as representatives of the 22 classes, <br><br> 23      Plaintiffs, <br><br> 24 <br> v. <br> 25 <br><br> 26 TALENTBIN, INC., <br><br> 27      Defendant. | Case No.:3:15-cv-05166-JCS <br><br> **DECLARATION OF E.** <br> **MICHELLE DRAKE** <br><br> Date: July 14, 2017 <br> Time: 9:30 AM <br> Location: Courtroom G, 15th Floor <br> Judge: Hon. Joseph C. Spero |

28

Case No.:3:15-cv-05166-JCS

1    I, E. Michelle Drake, hereby declare as follows:

2        1.      I am one of Plaintiffs' attorneys in the above-referenced matter.

3        2.      I submit this Declaration in support of Plaintiffs' Unopposed Motion for

4    Attorneys' Fees, Costs, and Class Representative Service Payments.

5        3.      Prior to settlement being reached in this matter, the parties exchanged

6    written discovery including interrogatories and productions of documents by each side.

7    Each of the six Plaintiffs responded to interrogatories and requests for production of

8    documents.

9        4.      Plaintiffs processed, analyzed and reviewed Defendant's responses and

10   document productions, including hundreds of pages of documents and more than three

11   thousand candidate profiles which were produced as confirmatory discovery to allow

12   Plaintiffs to develop certain portions of the injunctive relief.

13       5.      Plaintiffs retained one expert to assist in analyzing the production of

14   candidate profiles.

15       6.      Throughout discovery, the parties engaged in numerous meet and confers

16   via correspondence and telephone calls.

17       7.      On August 9, 2016, after a full day of vigorous, arms-length negotiations

18   with third party neutral, Hon. Edward Infante, the parties reached an agreement as to the

19   material terms of a settlement, which were reduced to a terms sheet at the conclusion of

20   mediation.  During the mediation, Defendant provided Plaintiffs with additional data and

21   information about the putative class, which enabled Plaintiffs to analyze potential

22   damages.

23       8.      During mediation, the parties did not negotiate any terms relating to the

24   amount of the attorneys' fees for Plaintiffs' Counsel or of the service awards for the

25   Named Plaintiffs until after all other material terms were agreed upon.

26       9.      Following mediation, the parties engaged in subsequent negotiations to

27   reach and execute the full Settlement Agreement.

28       10.     Attached hereto as **Exhibit A** is a true and correct copy of Berger &
                                                -2-              Case No.:3:15-cv-05166-JCS
                                         DRAKE DECLARATION IN SUPPORT OF MTN. FOR FEES

1  Montague, P.C.'s fees and costs entries in this matter.  They have been redacted for

2  privilege.   To date, Berger & Montague has incurred $14,901.87 in out-of-pocket

3  expenses and $199,599.55 in lodestar.

4       11.      Attached hereto as **Exhibit B** is a true and correct copy of Nichols Kaster,

5  PLLP's fees and costs entries in this matter.  They have been redacted for privilege.  To

6  date, Nichols Kaster has incurred $6,888.89 in out-of-pocket expenses and $33,401.50 in

7  lodestar.

8       12.      Attached hereto as **Exhibit C** is a true and correct copy of Gottlieb &

9  Associates' fees entries in this matter.  They have been redacted for privilege.  To date,

10  Gottlieb & Associates has incurred $344.00 in costs and $23,590.00 in lodestar.

11       13.      In aggregate, Plaintiffs' counsel has incurred $22,134.76 in out-of-pocket

12  expenses and $256,591.05 in lodestar.

13       14.      To date, there have been five opt-outs and zero objections to the settlement.

14       15.      Plaintiffs' counsel, with the approval of Defendant's counsel conducted a

15  competitive bidding process for settlement administration services.

16       16.      Plaintiffs' counsel solicited and received bids from four settlement

17  administrators.  The bids were evaluated for (a) overall costs, and (b) technology and

18  capabilities to maximize the reach of the notice and claims rate among members of the

19  Class.  Through this process, Plaintiffs' counsel selected Angeion Group and requested

20  that the Court appoint Angeion Group as the settlement administrator.  The Court granted

21  that request in the Preliminary Approval Order. (ECF No. 63, ¶ 6).

22       17.      Angeion Group reasonably expects to incur $53,450 by the end of the

23  settlement administration process.  This amount is in line with the industry.

24       18.      To date, 9,501 claims have been received, which is a claims rate of

25  approximately 13%.  These claims are still in the process of being verified, so this number

26  may change prior to final approval.

27

28

-3-     Case No.:3:15-cv-05166-JCS

1

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

2

Date: March 9, 2017                                 /s/E. Michelle Drake
3                                                          E. Michelle Drake

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRAKE DECLARATION IN SUPPORT OF MTN. FOR FEES