# EXHIBIT B

| Date | Timekeeper | Work_Description_(m) | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/17/2015 | Jean Hibray | Format complaint for ND Cal. | 0.3 | 275 | $82.50 |
| 2/25/2015 | Jean Hibray | Conflict check draft. | 0.1 | 275 | $27.50 |
| 2/28/2015 | Megan Yelle | Correspond with M Drake regarding ▮. | 0.3 | 350 | $105.00 |
| 2/28/2015 | Michelle Drake | Discuss ▮ claim with M Yelle | 0.3 | 675 | $202.50 |
| 2/28/2015 | Megan Yelle | Draft letter ▮. | 0.4 | 350 | $140.00 |
| 3/3/2015 | Megan Yelle | Edit ▮. | 0.8 | 350 | $280.00 |
| 3/3/2015 | Megan Yelle | Review edits to Complaint. | 0.2 | 350 | $70.00 |
| 3/4/2015 | Megan Yelle | Review ▮ and discuss with D Burnett. | 0.3 | 350 | $105.00 |
| 3/4/2015 | Dan Burnett | Meet with M Yelle re ▮ | 0.2 | 175 | $35.00 |
| 3/4/2015 | Michelle Drake | Edit ▮ | 0.3 | 675 | $202.50 |
| 3/4/2015 | Jean Hibray | Email ▮. | 0.1 | 275 | $27.50 |
| 3/5/2015 | Dan Burnett | ▮ information searches | 2.1 | 175 | $367.50 |
| 3/5/2015 | Dan Burnett | ▮ information searches | 0.4 | 175 | $70.00 |
| 3/6/2015 | Dan Burnett | ▮ information searches | 0.2 | 175 | $35.00 |
| 3/6/2015 | Dan Burnett | ▮ information searches. | 0.8 | 175 | $140.00 |
| 3/6/2015 | Dan Burnett | ▮ information searches | 0.8 | 175 | $140.00 |
| 3/6/2015 | Dan Burnett | Assemble, print and send ▮ | 0.4 | 175 | $70.00 |
| 3/23/2015 | Dan Burnett | Conduct ▮ information searches. | 0.5 | 175 | $87.50 |
| 3/23/2015 | Dan Burnett | Conduct ▮ information searches. | 0.1 | 175 | $17.50 |
| 3/23/2015 | Dan Burnett | Conduct ▮ information searches. | 0.2 | 175 | $35.00 |
| 3/23/2015 | Dan Burnett | Conduct ▮ information searches. | 0.4 | 175 | $70.00 |
| 3/23/2015 | Dan Burnett | Conduct ▮ information searches. | 0.1 | 175 | $17.50 |
| 3/23/2015 | Dan Burnett | Conduct ▮ information searches. | 0.4 | 175 | $70.00 |
| 3/23/2015 | Dan Burnett | Conduct ▮ information searches. | 0.1 | 175 | $17.50 |
| 3/23/2015 | Dan Burnett | Conduct ▮ information searches. | 0.1 | 175 | $17.50 |
| 3/24/2015 | Dan Burnett | Conduct ▮ information searches | 0.2 | 175 | $35.00 |
| 3/24/2015 | Dan Burnett | Conduct ▮ information searches. | 0.2 | 175 | $35.00 |
| 3/24/2015 | Dan Burnett | Conduct ▮ information searches. | 0.5 | 175 | $87.50 |
| 3/24/2015 | Dan Burnett | Conduct ▮ information searches. | 0.3 | 175 | $52.50 |
| 3/24/2015 | Dan Burnett | Conduct ▮ information searches. | 0.2 | 175 | $35.00 |
| 3/24/2015 | Dan Burnett | Conduct ▮ information searches. | 0.3 | 175 | $52.50 |
| 3/24/2015 | Dan Burnett | Conduct ▮ information searches | 0.4 | 175 | $70.00 |
| 3/25/2015 | Dan Burnett | Conduct ▮ information searches. | 0.6 | 175 | $105.00 |
| 3/25/2015 | Dan Burnett | Conduct ▮ information searches. | 1.1 | 175 | $192.50 |
| 3/25/2015 | Dan Burnett | Send ▮ correspondence. | 0.3 | 175 | $52.50 |
| 3/31/2015 | Megan Yelle | Correspond with ▮ | 2 | 350 | $700.00 |
| 4/2/2015 | Dan Burnett | Conduct ▮ information searches. | 0.3 | 175 | $52.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/2/2015 | Dan Burnett | conduct ▮ information searches | 0.6 | 175 | $105.00 |
| 4/2/2015 | Dan Burnett | Conduct ▮ information searches | 0.8 | 175 | $140.00 |
| 4/3/2015 | Dan Burnett | Conduct ▮ information searches. | 0.3 | 175 | $52.50 |
| 4/3/2015 | Dan Burnett | Conduct ▮ information searches. | 0.5 | 175 | $87.50 |
| 4/3/2015 | Dan Burnett | Conduct ▮ information searches. | 0.3 | 175 | $52.50 |
| 4/3/2015 | Dan Burnett | Conduct ▮ information searches. | 0.3 | 175 | $52.50 |
| 4/3/2015 | Dan Burnett | Conduct ▮ information searches. | 0.7 | 175 | $122.50 |
| 4/6/2015 | Dan Burnett | Conduct ▮ information searches. | 0.5 | 175 | $87.50 |
| 4/13/2015 | Megan Yelle | Follow up with ▮. | 1.8 | 350 | $630.00 |
| 4/13/2015 | Dan Burnett | Conduct ▮ information searches. | 0.2 | 175 | $35.00 |
| 5/6/2015 | Megan Yelle | Follow up with ▮ | 0.6 | 350 | $210.00 |
| 5/6/2015 | Dan Burnett | Conduct ▮ information searches. | 0.1 | 175 | $17.50 |
| 5/7/2015 | Dan Burnett | Conduct ▮ information searches | 0.7 | 175 | $122.50 |
| 5/7/2015 | Dan Burnett | Conduct ▮ information searches | 0.8 | 175 | $140.00 |
| 5/11/2015 | Dan Burnett | Conduct ▮ information searches. | 1.2 | 175 | $210.00 |
| 5/11/2015 | Dan Burnett | Conduct ▮ searches. | 0.2 | 175 | $35.00 |
| 5/11/2015 | Dan Burnett | Conduct ▮ information searches. | 0.1 | 175 | $17.50 |
| 5/21/2015 | Megan Yelle | Correspond with ▮ regarding ▮. | 1 | 350 | $350.00 |
| 5/26/2015 | Megan Yelle | Correspond with ▮. | 0.2 | 350 | $70.00 |
| 5/28/2015 | Megan Yelle | Correspond with ▮ | 0.3 | 350 | $105.00 |
| 6/10/2015 | Megan Yelle | Correspond with ▮ confirming ▮. | 0.9 | 350 | $315.00 |
| 6/10/2015 | Megan Yelle | Gather documents for meetings with ▮. | 1.1 | 350 | $385.00 |
| 6/11/2015 | Megan Yelle | Travel to San Francisco to meet with ▮ (including flight delay). | 6.4 | 350 | $2,240.00 |
| 6/11/2015 | Megan Yelle | Travel to and from San Ramon to meet with ▮ | 2.7 | 350 | $945.00 |
| 6/11/2015 | Megan Yelle | Meet with ▮. | 0.7 | 350 | $245.00 |
| 6/12/2015 | Megan Yelle | Travel from San Francisco to San Jose to meet with ▮ | 1.6 | 350 | $560.00 |
| 6/12/2015 | Megan Yelle | Meet with ▮. | 0.8 | 350 | $280.00 |
| 6/12/2015 | Megan Yelle | Travel from San Jose to San Francisco to Los Angeles to meet with ▮ including flight delay. | 6.3 | 350 | $2,205.00 |
| 6/14/2015 | Megan Yelle | Travel from Los Angeles to Irvine to meet with ▮ | 1.5 | 350 | $525.00 |
| 6/14/2015 | Megan Yelle | Meeting with ▮. | 1 | 350 | $350.00 |
| 6/14/2015 | Megan Yelle | Correspond with ▮ regarding ▮ | 0.2 | 350 | $70.00 |
| 6/15/2015 | Megan Yelle | Meet with ▮. | 0.6 | 350 | $210.00 |
| 6/15/2015 | Megan Yelle | Travel from Irvine to Huntington Beach to meet with ▮ | 0.4 | 350 | $140.00 |
| 6/15/2015 | Megan Yelle | Travel from Huntington Beach to Long Beach to meet with ▮. | 0.5 | 350 | $175.00 |
| 6/15/2015 | Megan Yelle | Meet with ▮. | 0.7 | 350 | $245.00 |
| 6/15/2015 | Megan Yelle | Phone call with ▮. | 0.2 | 350 | $70.00 |
| 6/15/2015 | Megan Yelle | Meet with ▮. | 0.7 | 350 | $245.00 |
| 6/15/2015 | Megan Yelle | Travel from Long Beach to Los Angeles following meeting with ▮. | 0.7 | 350 | $245.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/16/2015 | Megan Yelle | Travel to Minneapolis from Los Angeles following meetings ▮. | 6.5 | 350 | $2,275.00 |
| 6/16/2015 | Megan Yelle | Review correspondence ▮ | 0.1 | 350 | $35.00 |
| 6/23/2015 | Michelle Drake | Review and respond to M Yelle letter regarding ▮ | 0.3 | 675 | $202.50 |
| 6/30/2015 | Dan Burnett | Compose ▮. | 0.3 | 175 | $52.50 |
| 7/1/2015 | Dan Burnett | Compose and send ▮. | 0.5 | 175 | $87.50 |
| 7/21/2015 | Dan Burnett | Re-send ▮. | 0.2 | 175 | $35.00 |
| 7/25/2015 | Megan Yelle | Review and revise Complaint. | 1 | 350 | $350.00 |
| 7/27/2015 | Michelle Drake | Review and redline draft complaint | 1.2 | 675 | $810.00 |
| 7/27/2015 | Michelle Drake | Research ▮, email M Yelle re ▮ | 0.4 | 675 | $270.00 |
| 7/27/2015 | Megan Yelle | Review correspondence regarding Complaint. | 0.2 | 350 | $70.00 |
| 7/30/2015 | Megan Yelle | Review and revise Complaint. | 0.7 | 350 | $245.00 |
| 8/3/2015 | Michelle Drake | Email cocounsel re ▮ | 0.1 | 675 | $67.50 |
| 8/24/2015 | Megan Yelle | Revise and finalize Complaint. | 2.3 | 350 | $805.00 |
| 8/24/2015 | John Albanese | Discuss complaint with Megan Yelle. | 0.1 | 415 | $41.50 |
| 8/24/2015 | Megan Yelle | Meet with J Albanese re complaint | 0.1 | 350 | $35.00 |
| 8/25/2015 | Megan Yelle | Revise Complaint. | 1.9 | 350 | $665.00 |
| 8/26/2015 | Megan Yelle | Revise Complaint. | 1.9 | 350 | $665.00 |
| 8/27/2015 | Dan Burnett | Call client ▮. | 0.1 | 175 | $17.50 |
| 9/6/2015 | Megan Yelle | Revise Complaint. | 2.4 | 350 | $840.00 |
| 9/8/2015 | Megan Yelle | Revise Complaint. | 0.5 | 350 | $175.00 |
| 9/8/2015 | Jean Hibray | Online research re ▮ | 1 | 275 | $275.00 |
| 9/9/2015 | Jean Hibray | Edit complaint. | 0.5 | 275 | $137.50 |
| 9/9/2015 | Jean Hibray | Create ▮. | 0.3 | 275 | $82.50 |
| 9/10/2015 | Megan Yelle | Review and revise Complaint. | 1.1 | 350 | $385.00 |
| 9/10/2015 | Jean Hibray | Edit complaint | 1 | 275 | $275.00 |
| 9/11/2015 | Megan Yelle | Correspond with clients ▮ | 1.1 | 350 | $385.00 |
| 9/14/2015 | Megan Yelle | Correspond with clients ▮. | 0.2 | 350 | $70.00 |
| 9/15/2015 | Megan Yelle | Correspond with clients ▮ | 0.2 | 350 | $70.00 |
| 9/15/2015 | Jean Hibray | Review complaint and insert exhibit cites, prepare and compile exhibits. | 1.5 | 275 | $412.50 |
| 9/18/2015 | Megan Yelle | Review complaint. | 1.1 | 350 | $385.00 |
| 9/18/2015 | Megan Yelle | Correspond with clients ▮ | 0.4 | 350 | $140.00 |
| 9/21/2015 | Jean Hibray | Update complaint and exhibits per M Yelle comments. | 0.6 | 275 | $165.00 |
| 9/29/2015 | Jean Hibray | Emails re filing complaint | 0.1 | 275 | $27.50 |
| 10/1/2015 | Matthew Helland | Review draft complaint. | 0.1 | 525 | $52.50 |
| 10/1/2015 | Jean Hibray | Draft exhibit index for complaint. | 0.1 | 275 | $27.50 |
| 10/2/2015 | Hillary Pearsall | Prepare complaint and exhibits for filing | 0.4 | 175 | $70.00 |
| 10/2/2015 | Hillary Pearsall | File complaint at SF clerk's office | 1.9 | 175 | $332.50 |
| 10/5/2015 | Megan Yelle | Review and revise preservation letter. | 0.3 | 350 | $105.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/6/2015 | Jean Hibray | Call clerk, discuss with attorney re missing complaint. | 0.1 | 275 | $27.50 |
| 10/6/2015 | Jean Hibray | Finalize preservation letter, prepare service packet, correspond with server | 0.5 | 275 | $137.50 |
| 10/7/2015 | Jean Hibray | Set up messenger service for copy of complaint court lost. | 0.1 | 275 | $27.50 |
| 10/9/2015 | Megan Yelle | Correspond with client ▮. | 0.2 | 350 | $70.00 |
| 10/19/2015 | Matthew Helland | Review Proof of Service for filing. | 0.1 | 525 | $52.50 |
| 11/5/2015 | Jean Hibray | Review General Denial. | 0.1 | 275 | $27.50 |
| 11/11/2015 | Megan Yelle | Review notice of removal. | 0.2 | 350 | $70.00 |
| 11/12/2015 | Michelle Drake | Email re ▮ | 0.1 | 675 | $67.50 |
| 11/12/2015 | Jean Hibray | Review file ▮. | 0.1 | 275 | $27.50 |
| 11/13/2015 | Megan Yelle | Correspond with client ▮. | 0.1 | 350 | $35.00 |
| 11/13/2015 | Jean Hibray | Draft co counsel agreement | 0.1 | 275 | $27.50 |
| 11/15/2015 | Michelle Drake | Email M Yelle re ▮ | 0.3 | 675 | $202.50 |
| 11/16/2015 | Megan Yelle | Phone call with opposing counsel regarding stipulation to stay the case. | 0.2 | 350 | $70.00 |
| 11/16/2015 | Michelle Drake | Meet and confer with opposing counsel re stay | 0.2 | 675 | $135.00 |
| 11/16/2015 | Jean Hibray | Email co counsel ▮. | 0.1 | 275 | $27.50 |
| 11/16/2015 | Megan Yelle | Review motion to stay. | 0.2 | 350 | $70.00 |
| 11/16/2015 | Megan Yelle | Coordinate ▮. | 0.1 | 350 | $35.00 |
| 11/16/2015 | Megan Yelle | Correspond with client ▮ | 0.1 | 350 | $35.00 |
| 11/17/2015 | Jean Hibray | Draft stipulation to stay case. | 0.2 | 275 | $55.00 |
| 11/17/2015 | Jean Hibray | Review dates for attorney on service, removal and remand. | 0.1 | 275 | $27.50 |
| 11/17/2015 | Megan Yelle | Correspond with opposing counsel regarding stipulation to stay. | 0.2 | 350 | $70.00 |
| 11/17/2015 | Megan Yelle | Draft stipulation to stay. | 0.3 | 350 | $105.00 |
| 11/18/2015 | Jean Hibray | Discuss ▮ with M Yelle | 0.1 | 275 | $27.50 |
| 11/18/2015 | Jean Hibray | Draft certificate of interested parties. | 0.1 | 275 | $27.50 |
| 11/18/2015 | Megan Yelle | Phone call with opposing counsel regarding date of service and timeliness of removal. | 0.2 | 350 | $70.00 |
| 12/2/2015 | Jean Hibray | Research ▮ caselaw, draft ▮. | 4 | 275 | $1,100.00 |
| 12/2/2015 | Megan Yelle | Review and edit ▮. | 0.7 | 350 | $245.00 |
| 12/3/2015 | Michelle Drake | Review and revise ▮ | 0.5 | 675 | $337.50 |
| 12/3/2015 | Michelle Drake | Call with opposing counsel and meet with M Yelle re staying in federal court | 0.6 | 675 | $405.00 |
| 12/3/2015 | Michelle Drake | Call with outside counsel re ▮ | 0.6 | 675 | $405.00 |
| 12/3/2015 | Jean Hibray | Discussions re ▮ | 0.2 | 275 | $55.00 |
| 12/3/2015 | Megan Yelle | Meet with J Hibray re ▮ | 0.2 | 350 | $70.00 |
| 12/3/2015 | Jean Hibray | Draft pro hac. | 0.1 | 275 | $27.50 |
| 12/3/2015 | Megan Yelle | Review edits to ▮. | 0.2 | 350 | $70.00 |
| 12/3/2015 | Megan Yelle | Phone call with opposing counsel regarding remand, discuss same with M Drake | 0.6 | 350 | $210.00 |
| 12/4/2015 | Michelle Drake | Review and redline draft stipulation re not remanding back to state court | 0.4 | 675 | $270.00 |
| 12/4/2015 | Jean Hibray | Draft pro hac, finalize both motions, file and send judge's copies. | 0.4 | 275 | $110.00 |
| 12/4/2015 | Jean Hibray | Email Gottlieb re pro hac process. | 0.1 | 275 | $27.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/4/2015 | Jean Hibray | Draft stipulation. | 0.1 | 275 | $27.50 |
| 12/4/2015 | Megan Yelle | Phone call with M Drake re ▮ | 0.4 | 350 | $140.00 |
| 12/4/2015 | Michelle Drake | Call with M Yelle | 0.4 | 675 | $270.00 |
| 12/4/2015 | Megan Yelle | Draft stipulation. | 0.6 | 350 | $210.00 |
| 12/7/2015 | Michelle Drake | Call with opposing counsel re edits to stipulation | 0.2 | 675 | $135.00 |
| 12/7/2015 | Michelle Drake | Review edits to stipulation, email opposing counsel with acceptance, sign stipulation | 0.2 | 675 | $135.00 |
| 12/7/2015 | Jean Hibray | Finalize stipulation re remand, email opposing counsel. | 0.1 | 275 | $27.50 |
| 12/7/2015 | Megan Yelle | Review and edit stipulation. | 0.3 | 350 | $105.00 |
| 12/8/2015 | Jean Hibray | Finalize and file certificate of interested entities and consent to magistrate.  Send judge's copies. | 0.3 | 275 | $82.50 |
| 1/12/2016 | Jean Hibray | Draft withdrawal of M Yelle | 0.1 | 275 | $27.50 |
| 1/15/2016 | Megan Yelle | Phone conference with clients ▮. | 0.5 | 350 | $175.00 |
| 1/15/2016 | Megan Yelle | Correspond with co-counsel ▮. | 0.2 | 350 | $70.00 |
|  |  |  | **103.3** |  | **$33,401.50** |

| Date | Work_Description_(m) | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/31/2015 | Postage | 0 | 0 | $71.52 |
| 4/30/2015 | Postage | 0 | 0 | $19.20 |
| 5/29/2015 | Postage | 0 | 0 | $52.32 |
| 6/9/2015 | Check issued to Megan Yelle - Flight reimbursement | 0 | 0 | $1,147.70 |
| 6/10/2015 | Check issued to Megan Yelle - Inflight internet reimbursement | 0 | 0 | $24.95 |
| 6/12/2015 | Check issued to Megan Yelle - Cab fare reimbursement | 0 | 0 | $21.70 |
| 6/12/2015 | Check issued to Megan Yelle - Fuel reimbursement | 0 | 0 | $20.63 |
| 6/12/2015 | Check issued to Megan Yelle - Cab fare reimbursement | 0 | 0 | $154.06 |
| 6/12/2015 | Check issued to Megan Yelle - Meals reimbursement | 0 | 0 | $191.95 |
| 6/13/2015 | Check issued to Megan Yelle - Rental car reimbursement | 0 | 0 | $364.83 |
| 6/14/2015 | Check issued to Megan Yelle - Hotel reimbursement | 0 | 0 | $450.80 |
| 6/14/2015 | Check issued to Megan Yelle - Hotel reimbursement | 0 | 0 | $343.79 |
| 6/14/2015 | Check issued to Megan Yelle - Cab fare reimbursement | 0 | 0 | $9.00 |
| 6/15/2015 | Check issued to Megan Yelle - Hotel reimbursement | 0 | 0 | $295.92 |
| 6/15/2015 | Check issued to Megan Yelle - Hotel reimbursement | 0 | 0 | $639.75 |
| 6/16/2015 | Check issued to Megan Yelle - Rental car reimbursement | 0 | 0 | $97.17 |
| 7/17/2015 | Check issued to Megan Yelle - Toll reimbursement | 0 | 0 | $13.90 |
| 7/17/2015 | Check issued to Megan Yelle - Inflight internet reimbursement | 0 | 0 | $24.97 |
| 7/31/2015 | Postage | 0 | 0 | $4.85 |
| 8/7/2015 | Westlaw | 0 | 0 | $100.00 |
| 8/31/2015 | Postage | 0 | 0 | $1.94 |
| 9/10/2015 | Westlaw | 0 | 0 | $100.00 |
| 9/29/2015 | PACER | 0 | 0 | $6.80 |
| 9/30/2015 | Postage | 0 | 0 | $1.46 |
| 10/2/2015 | Check issued to Hillary Pearsall - Transit reimbursement | 0 | 0 | $2.25 |
| 10/2/2015 | Check issued to San Francisco Superior Court - Complaint and complex designation fee | 0 | 0 | $1,450.00 |
| 10/16/2015 | Westlaw | 0 | 0 | $100.00 |
| 10/19/2015 | Check issued to Metro Legal Services - Courier service - TalentBin Inc | 0 | 0 | $177.90 |
| 10/23/2015 | Check issued to Ace Attorney Service, Inc - SF courier service - SF Superior | 0 | 0 | $37.63 |
| 11/2/2015 | Check issued to File & ServeXpress Holdings - Filing fees | 0 | 0 | $7.00 |
| 12/4/2015 | Check issued to Pay.Gov - PHV | 0 | 0 | $305.00 |
| 12/4/2015 | Check issued to Pay.Gov - PHV | 0 | 0 | $205.00 |
| 12/9/2015 | Check issued to Federal Express - Mpls weekly shipping - Hon Joseph Spero | 0 | 0 | $21.50 |

| | | | | |
|---|---|---|---|---|
| 12/14/2015 | Check issued to American Express - USDC NDCA PHV | 0 | 0 | $305.00 |
| 12/30/2015 | PACER | 0 | 0 | $75.50 |
| 1/27/2016 | PACER | 0 | 0 | $42.90 |
| | | | | **$6,888.89** |