# EXHIBIT C

# Client Time By Project

Print | Close Window

Client: Halvorson, Eric ▼

Time Date Range: 9/9/2014 through 2/2/2017    Refresh

| Date | Client Name | Project | Description | Hours | Rate | Amount | Invoiced | Uninvoiced |
|---|---|---|---|---|---|---|---|---|
| 9/9/2014 | Halvorson, Eric | Talentbin, Inc. | Internet research re: ▮ | 3.10 | $700.00 | $2,170.00 | $0.00 | $2,170.00 |
| 10/21/2014 | Halvorson, Eric | Talentbin, Inc. | Legal research re ▮ | 4.70 | $700.00 | $3,290.00 | $0.00 | $3,290.00 |
| 10/25/2014 | Halvorson, Eric | Talentbin, Inc. | Preparation Memorandum of Law to Drake re: ▮ | 2.90 | $700.00 | $2,030.00 | $0.00 | $2,030.00 |
| 12/1/2014 | Halvorson, Eric | Talentbin, Inc. | Conference with with client ▮ | 1.70 | $700.00 | $1,190.00 | $0.00 | $1,190.00 |
| 9/22/2015 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents and execution of ▮ | 0.40 | $700.00 | $280.00 | $0.00 | $280.00 |
| 10/1/2015 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents ▮ | 1.70 | $700.00 | $1,190.00 | $0.00 | $1,190.00 |
| | Halvorson, | Talentbin, | Reviewing documents filed | | | | | |

Case 3:15-cv-05166-JCS   Document 65-4   Filed 03/09/17   Page 3 of 5

| Date | Attorney | Client | Description | Hours | Rate | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/2/2015 | Halvorson, Eric | Talentbin, Inc. | state court Complaint | 0.20 | $700.00 | $140.00 | $0.00 | $140.00 |
| 11/10/2015 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Defendant Notice of Removal to USDC, Legal research ▮ | 2.30 | $700.00 | $1,610.00 | $0.00 | $1,610.00 |
| 11/12/2015 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Order for Initial Case Management Conference | 0.20 | $700.00 | $140.00 | $0.00 | $140.00 |
| 11/16/2015 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents and execution of ▮ | 0.30 | $700.00 | $210.00 | $0.00 | $210.00 |
| 11/16/2015 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents and execution of ▮ | 0.60 | $700.00 | $420.00 | $0.00 | $420.00 |
| 12/4/2015 | Halvorson, Eric | Talentbin, Inc. | Correspondence with Drake re: PHV | 0.10 | $700.00 | $70.00 | $0.00 | $70.00 |
| 1/25/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Order re: ADR | 0.10 | $700.00 | $70.00 | $0.00 | $70.00 |
| 2/5/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents and execution of ▮ | 0.70 | $700.00 | $490.00 | $0.00 | $490.00 |
| 2/10/2016 | Halvorson, Eric | Talentbin, Inc. | Defendant Notice of Motion Judgment on the Pleadings, | 4.70 | $700.00 | $3,290.00 | $0.00 | $3,290.00 |

| Date | Name | Client | Description | Hours | Rate | Amount | | Total |
|---|---|---|---|---|---|---|---|---|
| 2/10/2016 | Halvorson, Eric | Talentbin, Inc. | Legal research ■■■ Reviewing documents Drake letter to ■■■ | 0.20 | $700.00 | $140.00 | $0.00 | $140.00 |
| 2/22/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Plaintiff Notice of Deposition, Request for Production, Interrogatories | 0.60 | $700.00 | $420.00 | $0.00 | $420.00 |
| 2/23/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Case Management Order | 0.10 | $700.00 | $70.00 | $0.00 | $70.00 |
| 2/24/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Plaintiff First Amended Complaint | 2.30 | $700.00 | $1,610.00 | $0.00 | $1,610.00 |
| 3/2/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents ■■■ | 0.30 | $700.00 | $210.00 | $0.00 | $210.00 |
| 3/18/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Defendant Answer to First Amended Complaint | 2.40 | $700.00 | $1,680.00 | $0.00 | $1,680.00 |
| 4/12/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Defendant Response to Plaintiff Interrogatories, Request for Production and Objection to Deposition | 0.80 | $700.00 | $560.00 | $0.00 | $560.00 |
| 5/12/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Defendant First Set of Request for Production to Plaintiffs, | 1.30 | $700.00 | $910.00 | $0.00 | $910.00 |

| Date | Staff | Client | Description | Hours | Rate | Amount | | Total |
|---|---|---|---|---|---|---|---|---|
| 5/25/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Stip to Extend Case Management Conference | 0.10 | $700.00 | $70.00 | $0.00 | $70.00 |
| 6/17/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Jams Mediation Letter | 0.10 | $700.00 | $70.00 | $0.00 | $70.00 |
| 7/1/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents 2nd Jt. Case Management Conference Statement | 0.20 | $700.00 | $140.00 | $0.00 | $140.00 |
| 8/19/2016 | Halvorson, Eric | Talentbin, Inc. | Telephone conference with Michelle Drake ■ | 0.30 | $700.00 | $210.00 | $0.00 | $210.00 |
| 9/13/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Stip to Extend Time | 0.10 | $700.00 | $70.00 | $0.00 | $70.00 |
| 10/20/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Stip to Extend Time | 0.10 | $700.00 | $70.00 | $0.00 | $70.00 |
| 11/16/2016 | Halvorson, Eric | Talentbin, Inc. | Reviewing documents Motion for Preliminary Approval | 1.10 | $700.00 | $770.00 | $0.00 | $770.00 |
| **SUBTOTAL** | | | | 33.70 | | $23,590.00 | $0.00 | $23,590.00 |
| **GRAND TOTAL** | | | | 33.70 | | $23,590.00 | $0.00 | $23,590.00 |