1  NICHOLS KASTER, LLP
   Matthew C. Helland, CA Bar No. 250451
2  helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA 94111
   Phone: (415) 277-7235
4  Fax: (415) 277-7238

5
   BERGER & MONTAGUE, P.C.
6  E. Michelle Drake, MN Bar No. 0387366*
   emdrake@bm.net
7  John G. Albanese, MN Bar No. 0395882*
   jalbanese@bm.net
8  43 SE Main Street, Suite 505
   Minneapolis, MN 55414
9  Phone: (612) 594-5999
10 Fax: (215) 875-4604

11 GOTTLIEB & ASSOCIATES
   Jeffrey M. Gottlieb, NY Bar No. JG-7905*
12 nyjg@aol.com
   Dana L. Gottlieb, NY Bar No. DG-6151*
13 danalgottlieb@aol.com
   150 East 18th Street, Suite PHR
14 New York, NY 10003
   Phone: (212) 228-9795
15 Fax: (212) 982-6284
   *admitted *pro hac vice*
16 Attorneys for Individual and Representative Plaintiffs

17          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19  ERIC HALVORSON, LAURA FERRER, PETER DALLMAN, ROBERT GRANA, 20  DENNIS BULCAO, and NEIL YOUNG, individually, and as representatives of the 21  classes, | Case No.: 3:15-cv-05166-JCS |
| 22              Plaintiffs, | **DECLARATION OF ERIC HALVORSON** |
| 23  v. | |
| 24  TALENTBIN, INC., | |
| 25              Defendant. | Date: July 14, 2017 Time: 9:30 AM 26 Location: Courtroom G, 15th Floor 27 Judge:  Hon. Joseph C. Spero |
| 28 | |

Case No.: 3:15-cv-05166-JCS

1   I, Eric Halvorson, hereby declare as follows:

2       1.    I am over the age of eighteen and I have personal knowledge of the facts set forth in this Declaration, and if called as a witness for this purpose, I could and would testify competently under oath to them.

    2.    I am a Named Plaintiff in the above-captioned action. I submit this Declaration in support of Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Class Representative Service Payments.

    3.    My interests in this matter are not opposed to the interests of the Settlement Class and I am unaware of any conflicts of interest between myself and the Class. I understand what it means to be a class representative and have put the interests of the class members first in making all decisions related to this case.

    4.    I have reviewed the terms of the settlement in this matter and I support the settlement.

    5.    I assisted my attorneys with the investigation of the claims asserted in this action, answered discovery, participated in phone calls with counsel and provided copies of documents, and was prepared to travel and sit for my deposition. I have been engaged throughout this litigation and been available for any questions or information my attorneys needed.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

Date: 2/23/2017

*Eric Halvorson* (signed)
Eric Halvorson

-2-    Case No.: 3:15-cv-05166-JCS

HALVORSON DECLARATION