NICHOLS KASTER, LLP
Matthew C. Helland, CA Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Phone: (415) 277-7235
Fax: (415) 277-7238

BERGER & MONTAGUE, P.C.
E. Michelle Drake, MN Bar No. 0387366*
emdrake@bm.net
John G. Albanese, MN Bar No. 0395882*
jalbanese@bm.net
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Phone: (612) 594-5999
Fax: (215) 875-4604

GOTTLIEB & ASSOCIATES
Jeffrey M. Gottlieb, NY Bar No. JG-7905*
nyjg@aol.com
Dana L. Gottlieb, NY Bar No. DG-6151*
danalgottlieb@aol.com
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
*admitted *pro hac vice*
Attorneys for Individual and Representative Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HALVORSON, LAURA FERRER, PETER DALLMAN, ROBERT GRANA, DENNIS BULCAO, and NEIL YOUNG, individually, and as representatives of the classes,<br><br>Plaintiffs,<br><br>v.<br><br>TALENTBIN, INC.,<br><br>Defendant. | Case No.: 3:15-cv-05166-JCS<br><br>**DECLARATION OF ROBERT GRANA**<br><br>Date: July 14, 2017<br>Time: 9:30 AM<br>Location: Courtroom G, 15th Floor<br>Judge: Hon. Joseph C. Spero |

Case No.: 3:15-cv-05166-JCS

GRANA DECLARATION

1  I, Robert Grana, hereby declare as follows:

2      1.    I am over the age of eighteen and I have personal knowledge of the facts set forth in this Declaration, and if called as a witness for this purpose, I could and would testify competently under oath to them.

    2.    I am a Named Plaintiff in the above-captioned action. I submit this Declaration in support of Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Class Representative Service Payments.

    3.    My interests in this matter are not opposed to the interests of the Settlement Class and I am unaware of any conflicts of interest between myself and the Class. I understand what it means to be a class representative and have put the interests of the class members first in making all decisions related to this case.

    4.    I have reviewed the terms of the settlement in this matter and I support the settlement.

    5.    I assisted my attorneys with the investigation of the claims asserted in this action, answered discovery, participated in phone calls with counsel and provided copies of documents, and was prepared to travel and sit for my deposition. I have been engaged throughout this litigation and been available for any questions or information my attorneys needed.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

Date: 2/16/2017

Robert Grana