UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| Case No.: 15-cv-05166-JCS | Case Name: Halvorson v. TalentBin, Inc. | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: July 14, 2017 | Time: 18 M |

**Attorney for Plaintiff:** Michelle Drake
**Attorney for Defendant:** James McCabe

**Deputy Clerk:** Karen Hom         **Court Reporter:** FTR 9:36-9:54

## PROCEEDINGS

1. Fairness Hearing - Held
2. Motion for Attorney Fees [dkt 65] - Granted
3. Motion for Settlement [dkt 66] - Granted

## ORDERED AFTER HEARING

Plaintiff shall submit a revised proposed order.

**NOTES:**

**CASE CONTINUED TO:**

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Last Day to Amend Pleadings (no new parties without leave of court):**
**Expert Disclosure for Rule 23 Class Cert:**
**Expert Rebuttal for Rule 23 Class Cert:**
**Expert Discovery Cutoff:**
**File Motion for Class Certification:**
**File Opposition to Motion for Class Certification:**
**File Reply to Motion for Class Certification:**
**Motion Hearing on Class Certification:**  at 2:00 PM

**Motions Hearing & Daubert Motions:**            at 9:30 AM
**Pretrial Conference:**            at 2:00 PM
**Trial:**            at **8:30 AM for**       days     [ ]  **Jury**  [ ]  **Court**

**Order to be prepared by:**
[X]  Plaintiff          [ ]  Defendant            [ ]  Court
**cc:**
*(T) = Telephonic Appearance